UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FAUSTO CEPEDA** | : | **CIVIL ACTION NO. 14-30** |
| A#030-986-308 | | **SECTION P** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **DEPT. OF HOMELAND SECURITY, ET AL** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is a petition for Injunctive and Declaratory Relief in the Nature of *Mandamus* and Petition for a Writ of *Habeas Corpus* (with Change of Venue) originally filed in the United States District Court for the Southern District of New York by petitioner Fausto Cepeda ("Cepeda"). When he filed the petition, Cepeda was in the custody of the Department of Homeland Security/United States Immigration and Customs Enforcement ("DHS/ICE") and was detained at the Oakdale Detention Center in Oakdale, Louisiana. Thereafter he was transferred to the South Louisiana Correctional Center in Basile, Louisiana. *See* Doc. 10.

This matter has been referred to the undersigned for review, report, and recommendation in accordance with 28 USC §636(b)(1)(B).

Cepeda, a native of the Dominican Republic, states that he legally arrived in the United States in 1972 at the age of five and claims that he is a lawful, permanent resident of New York. Doc. 1, pp. 3, 11-12. In 1994 he pled guilty to a violation of 21 USC §841 and served twenty-three years in prison. Doc. 1, p. 12. He was taken into ICE custody on April 1, 2013. *Id*.

Cepeda originally filed the instant petition in the Southern District of New York seeking (1) a change of venue from Louisiana to New York (doc. 1, p. 19); (2) a stay of removal until all

of his immigration proceedings and appeals concluded; (3) a declaration that he had acquired United States Citizenship; and (4) immediate release from custody (doc. 1, p. 20). The Southern District of New York interpreted the petition to be a *habeas* petition under 28 USC §2241 and transferred the matter to this court. *See* Doc. 3.

However, we need not consider it. Information from DHS/ICE confirms that Cepeda was deported on June 3, 2014. Thus, the challenge to his detention is now moot and should be dismissed.

**IT IS RECOMMENDED** that the petition be **DENIED** and **DISMISSED** as **MOOT**.

Under the provisions of 28 USC §636(b)(1)(C), the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**Failure to file written objections to the proposed factual finding and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. See** *Douglas v. United Services Automobile Association,* **79 F.3d 1415 (5th Cir. 1996).**

THUS DONE this 23rd day of March, 2015.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE