RECEIVED
IN LAKE CHARLES, LA.
MAY - 4 2015
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FAUSTO CEPEDA, | * | CIVIL ACTION NO. 2:14-cv-30 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| DEPT. OF HOMELAND SECURITY, ET AL., | * | |
| Respondents. | * | MAGISTRATE JUDGE KAY |

****************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 11] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's complaint [Doc. 1] be and hereby is **DENIED** and **DISMISSED, AS MOOT.**

Lake Charles, Louisiana, this _10_ day of ___April___, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE